No. 625. EMMA F. RUMSEY *v.* NEW YORK LIFE INSURANCE COMPANY ET AL. January 3, 1921. Petition for a writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. T. J. O'Donnell* for petitioner. No appearance for respondents.

———

No. 628. BOSTON, CAPE COD & NEW YORK CANAL COMPANY *v.* C. W. CHADWICK & COMPANY. January 3, 1921. Petition for a writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Mr. Thomas H. Mahony* for petitioner. *Mr. Edward E. Blodgett* for respondent.

———

No. 630. BENJAMIN F. DORRANCE ET AL. *v.* CHARLES FRANCIS DORRANCE. January 3, 1921. Petition for a writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. William A. Glasgow, Jr.,* and *Mr. William J. Hughes* for petitioners. *Mr. Kenneth McC. DeWeese* and *Mr. Charles A. Houts* for respondent.

———

No. 620. ILLINOIS CENTRAL RAILROAD COMPANY *v.* C. B. JOHNSON. Error to the Supreme Court of the State of Alabama. January 17, 1921. Petition for a writ of certiorari herein denied. *Mr. Augustus Benners, Mr. W. S. Horton* and *Mr. R. V. Fletcher,* for plaintiff in error, in support of the petition. *Mr. William Augustus Denson,* for defendant in error, in opposition to the petition.